UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SWERLING MILTON WINNICK PUBLIC :
INSURANCE ADJUSTERS, INC. AND :
MARVIN MILTON, :
: Civil Action No. 12-CV-01667-SJF-WDW
:
Plaintiffs, :
:
vs. :
: **MOTION FOR DEFAULT JUDGMENT**
MARNIE SURILLO, :
:
:
:
Defendant. :
:

Plaintiffs Swerling Milton Winnick Public Insurance Adjusters, Inc. and Marvin Milton hereby move this Court pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Rule 55.2 of the Local Civil Rules to enter default judgment in favor of Plaintiffs and against Defendant Marnie Surillo on the grounds that Defendant failed to answer or otherwise defend against the Complaint. Plaintiffs attach hereto and incorporate the Declaration of Dennis J. Artese, Esq. in Support of Plaintiffs' Motion for Default Judgment.

Dated: July 6, 2012

By: /s/ Dennis J. Artese
Finley T. Harckham (FH-8219)
Dennis J. Artese (DA-1427)
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Telephone: (212) 278-1000
Facsimile: (212) 278-1733
fharckham@andersonkill.com
dartese@andesonkill.com

Attorneys for Plaintiffs Swerling, Milton &
Winnick Public Insurance Adjusters, Inc. and
Marvin Milton

## CERTIFICATE OF SERVICE

I, Dennis J. Artese, Esq., hereby certify that, on July 6, 2012, I caused a copy of the above Motion for Default Judgment to be served upon defendant Marnie Surillo by Registered Mail, Return Receipt Requested, to the following address where she was personally served with the Complaint in this matter:

Marnie Surillo
15 Mansion Drive
Old Westbury, NY 11568

s/ *Dennis J. Artese*
Dennis J. Artese
