# CIVIL CAUSE FOR HEARING IN AID OF DEFAULT

# BEFORE: JUDGE FEUERSTEIN

**DATE**: July 25, 2012          **TIME IN COURT**: 30 MINUTES

## CASE NUMBER:

2:12-cv-01667-SJF-WDW

## CASE TITLE:

Swerling Milton Winnick Public Insurance Adjusters, Inc. et al v. Surillo

**PLTFFS ATTY**:   Dennis Artesi
                  _X_ present          ___ not present

**DEFTS ATTY**:   No Appearance
                  ___ present          ___ not present

**COURT REPORTER**: D.Tursi

**COURTROOM DEPUTY**: Bryan Morabito

_X_   CASE CALLED.

___   ARGUMENT HEARD / CONT'D TO _____

_X_   SIGNED and ENTERED ON THE RECORD.

**OTHER**: Judgment Signed case closed.