FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D N Y

★ JUL 25 2012 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SWERLING MILTON WINNICK PUBLIC
INSURANCE ADJUSTERS, INC. AND
MARVIN MILTON,

    Plaintiffs,

vs.

MARNIE SURILLO,

    Defendant.

Civil Action No. 12-CV-01667-SJF-WDW

[PROPOSED] ORDER

Having considered Plaintiffs' Motion for Default Judgment and Declaration in Support, any subsequent filings and/or arguments made during a hearing and for good cause shown, it is this _25th_ day of _July_, 2012,

ORDERED that Plaintiffs' Motion for Default Judgment is granted; it is further

ORDERED that default judgment is ordered against Defendant Marnie Surillo in the amount of $ _300,798 81/100_.

_____
Hon. District Judge

## CERTIFICATE OF SERVICE

I, Dennis J. Artese, Esq., hereby certify that, on July 6, 2012, I caused a copy of the above [Proposed] Order to be served upon defendant Marnie Surillo by Registered Mail, Return Receipt Requested, to the following address where she was personally served with the Complaint in this matter:

> Marnie Surillo
> 15 Mansion Drive
> Old Westbury, NY 11568

<i>s/ Dennis J. Artese</i><br>
Dennis J. Artese